UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| J & J PUMPS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>STAR INSURANCE COMPANY, a Michigan corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | NO. CIV. 2:11-599 WBS CMK<br><br>ORDER RE: MOTION TO DISMISS |

----oo0oo----

Defendant Star Insurance Company has moved to dismiss plaintiff's complaint in this action for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  Because the motion raises issues of contract interpretation and neither side has provided the court with the full policies at issue, the court effectively interpret their terms.

IT IS THEREFORE ORDERED that defendant Star Insurance

1

Company's motion to dismiss be, and the same hereby is, DENIED without prejudice.

DATED: April 27, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE