UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

J & J PUMPS, INC., a California corporation,

   Plaintiff,

 v.

STAR INSURANCE COMPANY, a Michigan corporation; and DOES 1 through 10, inclusive,

   Defendants.
_____/

NO. CIV. 2:11-599 WBS CMK

ORDER RE: COSTS

----oo0oo----

   On June 9, 2011, the clerk entered final judgment in favor of defendant pursuant to the Court's Order granting defendant's motion to dismiss the Complaint in its entirety. (Docket Nos. 24-25.) Defendant submitted a cost bill totaling $476.80, (Docket No. 26), to which plaintiff has not filed any objections.

   Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs to losing

1

parties, which are generally subject to limits set under 28 U.S.C. § 1920.  See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

The court exercises its discretion in determining whether to allow certain costs.  See Amarel v. Connell, 102 F.3d 1494, 1523 (9th Cir. 1996) (holding that the district court has discretion to determine what constitutes a taxable cost within the meaning of § 1920); Alflex Corp. v. Underwriters Labs., Inc., 914 F.2d 175, 177 (9th Cir. 1990) (same).  The losing party has the burden of overcoming the presumption in favor of awarding costs to the prevailing party.  See Russian River Watershed Prot. Comm. v. City of Santa Rosa, 142 F.3d 1136, 1144 (9th Cir. 1998) (noting that the presumption "may only be overcome by pointing to some impropriety on the part of the prevailing party"); Amarel, 102 F.3d at 1523; see also Local R. 292(d) ("If no objection is filed, the Clerk shall proceed to tax and enter costs.").

Plaintiff has not filed any objections.  After reviewing the bill of costs, the court finds the following costs to be reasonable:

| | |
|---|---:|
| Fees of the Clerk: | $350.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case: | $18.00 |

```
Fees for exemplification and the costs
of making copies of any materials where
the copies are necessarily obtained for
use in the case:                              $88.80
Docket fees under 28 U.S.C. § 1923:           $20.00
Total:                                       $476.80
```
            Accordingly, costs of **$476.80** will be allowed.

            IT IS SO ORDERED.

Dated:  July 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE